**William BRATTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 65410.**

Missouri Court of Appeals,
Western District.

June 6, 2006.

Susan Lynn Hogan, Appellate Defender, Kansas City, MO, joins on the briefs for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Roger W. Johnson, Asst. Attorney General, joins on the briefs, Jefferson City, for Respondent.

Before THOMAS H. NEWTON, P.J., JAMES M. SMART, JR., JOSEPH M. ELLIS, JJ.

### *Order*

PER CURIAM.

William Bratton appeals the denial of his Rule 29.15 motion in which he sought to vacate his conviction for first-degree robbery. Bratton's motion charged his trial attorney with ineffective assistance for not requesting an instruction for second-degree robbery as a lesser included offense and for agreeing not to object to a hearsay statement identifying him as the perpetrator. We affirm pursuant to Rule 84.16(b).